UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20397-ALTMAN/SANCHEZ(s)(s), (s)

UNITED STATES OF AMERICA

v.

OSMEL BENITEZ,
    a/k/a "El Manco,"
VICTOR MANUEL PEREZ CARDENAS, and
JHONNY WALTHER IZAGUIRRE LOPEZ,
    a/k/a "El Mejicano,"

                                    Defendants.
_____/

FILED BY_____D.C.
Susn Shorestrorb
SEP 2 5 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Assistant United States Attorney Dwayne Edward Williams, as counsel for the United States of America, hereby certify the following:

Check the applicable sections:

☐ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☑ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3): a compact disc containing two video recordings admitted as Composite Exhibit 1 during the defendants' sentencing hearing on September 18, 2025.

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature: _____          Date: ___9/25/2025___